**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

PRESTON CATCHINGS,           )
                             )
                Plaintiff,   )
                             )        Civil Action No. 06-235 Erie
        v.                   )
                             )
MR. MORZOLF, et al.,         )
                             )
                Defendants.  )

## <u>MEMORANDUM ORDER</u>

This civil rights action was received by the Clerk of Court on November 3, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 17], filed on December 12, 2006, recommended that Plaintiff's complaint be dismissed without prejudice to Plaintiff's right to pay the filing fee of $350.00 before December 30, 2006. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 4th day of January, 2007;

IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED with prejudice for failure of Plaintiff to pay the filing fee of $350.00 before December 30, 2006.

The Report and Recommendation [Doc. No. 17] of Magistrate Judge Baxter, filed on December 12, 2006, is adopted as the opinion of the Court.

                    s/   Sean J. McLaughlin
                         United States District Judge

cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge